# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MCKENZIE CAIN,

    Plaintiff,

vs.

MONSTER ENERGY COMPANY,

    Defendant.

Case No. 1:25-cv-00774-JMB-SJB

Hon. Jane M. Beckering

## STIPULATION TO AMEND CASE CAPTION

In furtherance of the parties' August 19, 2025 Rule 16 Scheduling Conference, Plaintiff McKenzie Cain ("Plaintiff") and Defendant Monster Energy Company ("MEC"), by and through their undersigned counsel, hereby submit the following stipulation:

On September 9, 2024, Plaintiff erroneously filed her complaint against Monster Beverage Corporation in the 17th Judicial Circuit for Kent County State of Michigan. Plaintiff was advised of her mistake.

On December 23, 2024, Plaintiff filed a stipulated order of dismissal as to Monster Beverage Corporation, and an amended complaint identifying MEC as the proper party defendant. On February 5, 2025, MEC filed its answer to Plaintiff's amended complaint. On July 11, 2025, MEC removed this case to the above-captioned court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

At the request of the Court, the parties hereby stipulate to amend the case caption to reflect Monster Energy Company as the defendant, and as indicated above.

IT IS SO STIPUALTED.

Dated: September 24, 2025

- 2 -

Respectfully submitted,

| | |
|---|---|
| **RUNYAN LAW GROUP.** | **SHOOK, HARDY & BACON L.L.P.** |
| /s/ Zachary T Runyan | /s/ Kristy A. Schlesinger |
| Zachary T. Runyan, Esq. | Marc P. Miles, Esq. |
| 31211 Jefferson Avenue | Kristy A. Schlesinger, Esq. |
| Saint Clair Shores, MI 48082 | Irvine, CA 92694 |
| 248-341-0794 | 5 Park Plaza, Suite 1600 |
| zrunyan@runyanlawgroup.com | 949-975-1742 |
| *Attorneys for Plaintiffs* | mmiles@shb.com |
| | kschlesinger@shb.com |

Michael B. Barnett, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
mbarnett@shb.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the foregoing Stipulation to Amend Case Caption with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kristy A. Schlesinger
Kristy A. Schlesinger