UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCKENZIE CAIN,

    Plaintiff,

v.

MONSTER BEVERAGE CORPORATION, et al.,

    Defendants.
_____/

Case No. 1:25-cv-774

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the parties' Stipulation to Amend Case Caption (ECF No. 15).  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation to Amend Case Caption (ECF No. 15) is GRANTED.

**IT IS FURTHER ORDERED** that, unless otherwise ordered, future filings in this matter shall contain the following case caption:

    MCKENZIE CAIN,

        Plaintiff,

    v.

    MONSTER ENERGY COMPANY,

        Defendant.

Dated: September 25, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge