UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCKENZIE CAIN,

    Plaintiff,

                                      Case No. 1:25-cv-774

v.

                                      HON. JANE M. BECKERING

MONSTER ENERGY COMPANY,

    Defendant.

_____/

## <u>ORDER TO STRIKE</u>

This matter is before the Court on the Stipulated Motion to Amend Case Management Order (ECF No. 30).  A Declaration in Support (ECF No. 32) was filed with the motion.  Having reviewed the filing, the Court finds that it fails to comply with W.D. Mich. LCivR 5.7(d)(iii)(B), which requires declarations under penalty of perjury to contain a manuscript signature.  The Declaration contains Kristy A. Schlesinger's electronic signature.  For this reason, the filing is stricken.  Accordingly:

**IT IS HEREBY ORDERED** that the Declaration of Kristy A. Schlesinger (ECF No. 32) is STRICKEN.

**IT IS FURTHER ORDERED** that Defendant shall, not later than <u>May 15, 2026</u>, file a corrected declaration that complies with the court rules.  In the event no such corrected filing is submitted timely, the Stipulated Motion to Amend Case Management Order (ECF No. 30) will be denied with or without prejudice.

Dated: May 8, 2026                              /s/ Jane M. Beckering
                                               JANE M. BECKERING
                                               United States District Judge